United States District Court
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

v.

HECTOR VICENTE BRISENO-MEDINA

(Name & Address of Defendant)

CRIMINAL COMPLAINT

CASE NUMBER: MJ-13-362

I, the complainant in this case, state the following is true and correct to the best of my knowledge and belief.

This complaint is based on these facts:

That on or about August 30, 2013, in the Eastern District of Washington, HECTOR VICENTE BRISENO-MEDINA did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2.

Continued on the attached sheet incorporated herein by this reference.   ☒ Yes  ☐ No

Signature of Complainant   Kenneth A. West
Homeland Security Investigations

Sworn to before me and signed in my presence

September 3, 2013                                           at   Spokane, Washington
Date                                                              City and State
John T. Rodgers
United States Magistrate Judge
Name and Title of Judicial Officer                          Signature of Judicial Officer   P30903JJ.SVA.Briseno-Medina.wpd