UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF WASHINGTON

## MAGISTRATE JUDGE JOHN T. RODGERS

MJ-13-362
USA v. HECTOR VICENTE BRISENO-MEDINA

### INITIAL APPEARANCE: 9/3/13

| | | | |
|---|---|---|---|
| [ X ] | Honorable John T. Rodgers | [ X ] | Stephanie Van Marter, USAtty |
| [ X ] | L. Stejskal, Courtroom Deputy | [ X ] | Andrea George, Defense Counsel |
| [ X ] | Shane Moore, Pretrial/ Probation | [ X ] | Bea Rump, Interpreter |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## Remarks

Defendant appeared with counsel and was advised of his rights and the allegations contained in the Complaint. Defendant advised the Court that he has retained counsel.

The Government has filed a motion for detention; defendant was remanded to the custody of the U.S. Marshal pending further Order of the Court.

*STATUS HEARING [S/JTR]: Wednesday, 9/4/13 @ 3:30 PM*
*BAIL HEARING [S/JTR]: Friday, 9/6/13 @ 8:15 AM*

FTR-S * 3:51 – 4:00 PM
INITIAL APPEARANCE: 9/3/13