Michael C. Ormsby
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP - 3 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HECTOR VICENTE BRISENO-MEDINA,<br><br>Defendant. | MJ-13-362<br><br>Motion to Seal Affidavit for Criminal Complaint |

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Stephanie Van Marter, Assistant United States Attorney for the Eastern District of Washington, moves the Court for an Order to Seal Affidavit for Criminal Complaint until further order of the Court. This case is still on-going and unsealing the affidavit at this time would jeopardize or hinder the continuing case investigation of the Homeland Security Investigations.

DATED September 3, 2013.

Michael C. Ormsby
United States Attorney

*/s/ Stephanie Van Marter*

Stephanie Van Marter
Assistant United States Attorney

Motion to Seal Affidavit for Criminal Complaint - 1
Motion to Seal Affidavit for Criminal Complaint.wpd